IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRIS BAKER**                                                                                        **PLAINTIFF**

v.        Case No. 4:22-CV-1222

**UNIVERSITY OF ARKANSAS FOR MEDICAL
SCIENCES, By and Through The Board of Trustees of the
University of Arkansas**                                                                **DEFENDANT**

## JOINT STATUS REPORT

COME NOW Plaintiff and Defendant through counsel and for their joint status report, state:

1. On May 1, 2023, this Court entered a Final Scheduling Order, with a status report to be filed by June 25, 2024.

2. Discovery is complete and Defendant anticipates filing a motion for summary judgment by the July 8, 2024 extended deadline.

3. No settlement conference was conducted.

4. Settlement appears unlikely at this time.

5. Should the matter not be disposed of on summary judgment, the parties estimate trial will take 2 or 3 days.

Respectfully submitted,

**Chris Baker, PLAINTIFF**

wh Law
North Little Rock Office
501.888.4357

By:   Chris Burks (ABN: 2010207)
        chris@wh.law

        Mailing Address:
        1 Riverfront Place, Suite 745
        North Little Rock, AR 72114

        AND

        **THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ARKANSAS, DEFENDANT**

By:    Sherri Robinson (ABN: 97194)
        Sr. Associate General Counsel
        University of Arkansas for Medical Sciences
        4301 W. Markham, Slot 860
        Little Rock, AR 72205
        501.686.7608
        slrobinson@uams.edu