IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHRIS BAKER                                                                                           PLAINTIFF

v.                                        NO. 4:22-cv-1222 JM

THE BOARD OF TRUSTEES OF
THE UNIVERSITY OF ARKANSAS                                                         DEFENDANT

## JUDGMENT

For the reasons stated in the Court's order entered on this same date, judgment is entered for Defendant. Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 14th day of March, 2025.

_____
United States District Judge